UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

**BEVERLY ANN SHEA**,   CASE NUMBER: **3:10-bk-07110-PMG**
CHAPTER 13

Debtors.
_____

## OBJECTION TO EXEMPT PROPERTY

The Creditor, **DANIEL SMITH**, by and through his undersigned attorney, hereby objects to the property listed on the Debtor's Schedule "C", as being claimed exempt and would show the Court that the Debtor has either substantially under valued the property listed, failed to properly identify the property and has listed property that is not entitled to exempt status.

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Beverly Ann Shea, Debtor, 640 SE 1st Street, Melrose, FL 32666, the address as shown on the Bankruptcy Notice, and to Kevin B. Paysinger, Attorney for Debtor, Post Office Box 10399, Jacksonville, Florida 32247-0399; Valerie Hall Manuel, Trustee, 450-106 State Road 13, North, #312, Jacksonville, Florida 32259-3863; and to the Office of the U.S. Trustee, Room 620, 135 West Central Boulevard, Orlando, Florida 32801, by U.S. Mail, this 25th day of October, 2010.

ROLFE & LOBELLO, PA

/s/ Thomas Lobello, III
_____
THOMAS LOBELLO, III, ESQUIRE
Fla. Bar No.: 603023
LISA DiSALLE, ESQUIRE
Fla. Bar No.: 186236
Post Office Box 40546
Jacksonville, Florida 32203
(904) 358-1666
(904) 356-0516 (Telefax)
Attorney for MOVANT